## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Bruce Powell

                            Plaintiff,

v.                                              Case No.: 1:17−cv−05156
                                                Honorable John Robert Blakey

City of Chicago, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 27, 2018:

        MINUTE entry before the Honorable John Robert Blakey: Status hearing held on
6/27/2018. Plaintiff's motion to refer to Executive Committee Pursuant to IOP 13(e) [73]
is granted in part. By separate order, this case will be consolidated for the purposes of
discovery only and referred to the appropriate Magistrate Judge as directed by the
Executive Committee. Kevin Pacini's motion to withdraw as attorney [83] is granted.
Motion hearing set for 6/28/2018, is stricken. Upon completion of the joint discovery, this
Court will set additional case management dates. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.